IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(Laredo Division)

| | |
|---|---|
| BERNHARD GUBSER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No.: 5:15-cv-00298 |
| INTERNAL REVENUE SERVICE, JOHN KOSKINEN, in his official capacity as Commissioner of Internal Revenue Service, UNITED STATES OF AMERICA, | ) |
| Defendants. | ) |

## PLAINTIFF'S LOCAL RULE 5.2 DISCLOSURES

Pursuant to Local Rule 5.2, Plaintiff Bernhard Gubser provides the following disclosures:

Plaintiff advises the Court that there is no related litigation. Plaintiff is not aware of any directly affected non-parties.

Respectfully Submitted:

Dated: December 15, 2015

*/s/Mackenzie Martin*

George M. Clarke III
D.C. Bar No. 480073
*Pro hac vice* admission pending
Baker & McKenzie LLP
815 Connecticut Ave. NW
Washington, DC 20006
Tel: (202) 452-7000
Fax: (202) 452-7074
george.clarke@bakermckenzie.com
**Attorney-in-Charge**

824331-v1\DALDMS

Brian J. Hurst
Texas Bar No. 10313300
Southern District of Texas
   Federal Bar No. 19791
Mackenzie Martin
Texas Bar No. 24066659
Southern District of Texas
   Federal Bar No. 1821324
Baker & McKenzie LLP
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax:  (214) 978-3099
brian.hurst@bakermckenzie.com
mackenzie.martin@bakermckenzie.com

**ATTORNEYS FOR PLAINTIFF
BERNHARD GUBSER**